**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SYLVIA L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV 20-04532-AS <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: September 10, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE